IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GINA M. COTTON, individually, | |
| Plaintiff, | 4:18CV3157 |
| v. | |
| TABITHA, INC., a Nebraska non-profit corporation, and HEATH STUKENHOLTZ, | **ORDER** |
| Defendants. | |

After careful review of the parties' Joint Motion to Approve Settlement and Dismiss With Prejudice (Filing No. 34) and the Brief in Support (Filing No. 36), the parties' joint Motion to File Restricted Access Documents (Filing No. 35), and the parties' Settlement Agreement and Release (Filing No. 36-1),

IT IS ORDERED:

1. The parties' Joint Motion to Approve Settlement and Dismiss With Prejudice (Filing No. 34) is granted, and judgment shall be entered by separate document;

2. The parties' Motion to File Restricted Access Documents (Filing No. 35) is granted; and

3. The Brief in Support of Joint Motion to Approve Settlement and Dismiss With Prejudice (Filing No. 36) and Exhibit 1 thereto (Filing No. 36-1), which is the Settlement Agreement and Release, shall be filed as restricted-access documents.

DATED this 26th day of August, 2019.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge